UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 5: 14-057-DCR |
| V. | ) ) | |
| PAUL DOUGLAS SIZEMORE, | ) ) | **MEMORANDUM ORDER** |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Defendant Paul Sizemore was serving a term of supervised release in this matter when, in December 2018, he was indicted in Leslie County Circuit Court for three counts of murder and a variety of other charges. Attorney Bridget Hofler, who represents Sizemore in the state court proceeding, has filed a motion asking the Court to direct the Bureau of Prisons ("BOP") to release Sizemore's medical records for the purpose of preparing his defense. Hofler also requests access to sealed docket records, including Sizemore's presentence investigation report ("PSR"). In support, Hofler reports that Sizemore is eligible for the death penalty and has been uncooperative in assisting with his defense. The state court has ordered a competency evaluation and Hofler is preparing for Sizemore's competency hearing.

The sealed documents Hofler requests are in *United States v. Husband, et al.*, 3: 05-CR-008 (W.D Ky.), in which Sizemore was convicted of various charges in the Western District of Kentucky in 2007. Although jurisdiction was transferred to this district for purposes of supervised release in 2014, this Court does not have access to sealed documents in the

proceeding in the Western District of Kentucky that occurred prior to that date. Accordingly, the request will be denied.

With respect to Hofler's request that the Court issue an order compelling the BOP to release Sizemore's medical records, there is no indication that Hofler has attempted to secure these records through a Freedom of Information Act request with Sizemore's consent. *See* 5 U.S.C. § 552. Further, it does not appear that Hofler has attempted to obtain the records through the "court order exception" to the Privacy Act of 1974 by requesting relief from the Leslie Circuit Court, which would be better suited to determine the needs of Sizemore's defense. *See* 5 U.S.C. § 552a(b)(11).

Accordingly, it is hereby

**ORDERED** that the motion to produce records [Record No. 19] is **DENIED**.

Dated: August 30, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky